IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

FEB - 6 2018

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

STATE OF ALABAMA )
)
Plaintiff, )
)
v. ) CASE NO. 2:18-cv-89
)
PURDUE PHARMA L.P., et al. )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW State of Alabama, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____
_____              _____
_____              _____

2/6/2018                             (Signature)
Date                                 Rhon E. Jones
                                     (Counsel's Name)
                                     State of Alabama
                                     Counsel for (print names of all parties)
                                     P. O. Box 4160
                                     Montgomery, AL 36103-4160
                                     Address, City, State Zip Code
                                     334-269-2343
                                     Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served upon all parties listed below by service with the summons and complaint on this the 6th day of February, 2018.

_____

OF COUNSEL
Purdue Pharma, Inc.
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

Purdue Pharma, L.P.
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

Rhodes Pharmaceuticals L.P.
c/o The Corporation Company
641 S. Lawrence Street
Montgomery, AL 36104

The Purdue Frederick Company
c/o The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808